# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-1500
_____

LEVORY W. HICKMON,

    Appellant,

v.

FLA. DEPT. OF CORRECTIONS, et
al.,

    Appellee.

_____


On appeal from the Circuit Court for Columbia County.
Wesley R. Douglas, Judge.

August 30, 2019


PER CURIAM.

    DISMISSED.

ROBERTS, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Levory W. Hickmon, pro se, Appellant.

Kenneth S. Steely, General Counsel, Department of Corrections, Tallahassee, for Appellee.